Sheriff

# State of Tennessee, County of Shelby

CIVIL WARRANT NO. 1633917

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

Defendant: Christ Community Health Center
Address: 2861 Tryad Ave., Memphis, TN

Defendant: _____
Address: _____

Defendant: _____
Address: _____

on DAY Mon DATE Aug 26 20 13 TIME 10 A.M. / P.M.

to answer in a civil action brought by the Plaintiff(s) Brindalyn Foster 1817 W. Marks Rd. Marks, MS 38646

for medical negligence/medical malpractice — loss of vision

under 25,000 Dollars

Issued this _____ day of _____ 20 ___

_____, Clerk of General Sessions Court
Edward L. Stanton, Jr.
By Clerk
_____ Deputy Clerk

Atty. For Plft. Brindalyn Foster
Address 1817 W. Marks Rd. Marks, MS 38646
Phone (612) 615-4090
Code No.
B.P.R. No. 273320

## JUDGMENT

_____ Judgment for _____

of suit and litigation taxes, for which Execution may issue. _____ and Cost

This _____ day _____ 20 ___

Judge of Division _____

## SERVICE

Came to hand same day issued and executed as commanded on By Serving Mia Cato - HR Specialist

This 17 day of July 2013
B. Oldham
W. Jamal
Sheriff/Process Server

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20 ___
Sheriff/Process Server

***SEE OTHER SIDE FOR ADDITIONAL SERVICE***
****AND NOTICE TO DEFENDANT(S)****