UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**BRINDALYN FOSTER,**

    **Plaintiff,**

**VS.**                                                                              **NO. 13-2780-Ma**

**UNITED STATES OF AMERICA,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order Adopting the Magistrate Judge's Report and Recommendation, docketed May 19, 2014.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 *May 19, 2014*                                                       THOMAS M. GOULD
DATE                                                                            CLERK

                                                                            *s/  Zandra Frazier*
                                                                           (By) DEPUTY CLERK